| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Kevin G. McDonald, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>kmcdonald@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF FINANCIAL ASSET SECURITIES CORP., SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES, SERIES 2007-WMC1 | |
| In Re:<br>Melissa Repack<br>&<br>Gary Michael Repack, Jr. aka R&D Professional Lawncare Inc<br>Debtors | Case No: <u>18-20839 MBK</u><br><br>Chapter: <u>7</u><br><br>Judge: Michael B. Kaplan |

**NOTICE OF APPEARANCE**

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF FINANCIAL ASSET SECURITIES CORP., SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES, SERIES 2007-WMC1.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

| | |
|---|---|
| Date:07/23/2018 | **/s/ Kevin G. McDonald, Esquire**<br>Kevin G. McDonald, Esquire<br>Brian C. Nicholas, Esquire<br>**KML Law Group, P.C.**<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>(609) 250-0700 (NJ)<br>(215) 627-1322 (PA)<br>FAX: (609) 385-2214<br>Attorney for Movant/Applicant |

*new 8/1/15*