UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Repack, Gary Michael, Jr. and Melissa     Case No.:  __18-20839-MBK__

Chapter:  __7__

Judge:  __Michael B. Kaplan__

**NOTICE OF PROPOSED ABANDONMENT**

__Andrea Dobin,__  __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __August 27, 2018__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
12 Glacier Drive
Howell, NJ

Value: $400,000.00

Liens on property:
Shellpoint ($516,876.00 plus $122,500.00 deferred balance)

DiTech
$50,312.00

Amount of equity claimed as exempt:

$41,154.21

Objections must be served on, and requests for additional information directed to:

Name:  __Andrea Dobin, Trustee__

Address:  __Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: 609.695.6070 or 973.243.8600

rev.8/1/15