UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Repack, Gary Michael, Jr. and Melissa    Case No.:  __18-20839-MBK__

Chapter:  __7__

Judge:  __Michael B. Kaplan__

### NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __August 27, 2018__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
12 Glacier Drive
Howell, NJ

Value: $400,000.00

Liens on property:
Shellpoint ($516,876.00 plus $122,500.00 deferred balance)

DiTech
$50,312.00

Amount of equity claimed as exempt:

$41,154.21

Objections must be served on, and requests for additional information directed to:

Name:    __Andrea Dobin, Trustee__

Address:    __Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-20839-MBK
Gary Michael Repack, Jr.                                        Chapter 7
Melissa Repack
          Debtors                CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Jul 25, 2018
                              Form ID: pdf905          Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/jdb         +Gary Michael Repack, Jr.,    Melissa Repack,    12 Glacier Dr.,    Howell, NJ 07731-9034
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:   Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
517559677      +Ally Financial  Inc. f/k/a GMAC,    c/o Apothaker Scian P.C.,    520 Fellowhip Road Suite C306,
                 PO Box 5496,   Mount Laurel, NJ 08054-5496
517559681      +American Auto Group,    575 Burnt Tavern Rd, Brick,    Brick, NJ 08724-1497
517559680      +American Auto Group,    Andrew J. Selkow, Esq.,    Morgan, Bornstein & Morgan,
                 1236 Brace Rd., Ste. K,    Cherry Hill, NJ 08034-3229
517559679      +American Auto Group,    4091 Hylan Blvd,    Staten Island, NY 10308-3336
517559682       American Express,    PO Box 6985,   Buffalo, NY 14240-6985
517559683       American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
517559685      +Barron Emergency Physiciansn,    PO Box 7418,    Philadelphia, PA 19101-7418
517559684      +Barron Emergency Physiciansn,    c/o AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,
                 Blue Bell, PA 19422-0287
517559686      +Bayshore Community Hospital,    c/o Marvel & Maloney,    3455 Route 66 & Green Grove Rd,
                 P.O. Box 727,   Neptune, NJ 07754-0727
517559728     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   The Home Depot,    Processing Center,    Des Moines, IA 50364)
517559691       CRE Bushkill Group, LLC,    1008 Sand Hill Creek Rd.,    East Stroudsburg, PA 18302
517559690      +CitiBank, N.A.,    P. O. Box 111,    Fort Lee, NJ 07024-0111
517559688       Citibank,   P.O. Box 8109,    South Hackensack, NJ 07606
517559692      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517559693      +Credit Acceptance Corp., American Auto G,    c/o Andrew J. Selkow, Es,
                 Morgan, Bornstein & Morgan,    1236 Brace Rd., Ste. K,    Cherry Hill, NJ 08034-3229
517559695      +Deutsche Bank,    c/o Dancy & Associates Law Group, LLC,    104 Bayard St. 5th Floor, Ste. 2,
                 New Brunswick, NJ 08901-2392
517559694      +Deutsche Bank,    c/o KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517559699      +Dynamic Recovery Solution,    PO Box 25759,    Greenville, SC 29616-0759
517559701      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517559702      +First Premier Bank,    co Convergent Outsourcing,    P.O. Box 9004,    Renton, WA 98057-9004
517559707      +HSBC Bank Nevada, N.A.,    1111 Town Center,    Las Vegas, NV 89144-6364
517559703      +Howell Family Dental Pa,    c/o Trojan Professional Se,    4410 Cerritos Ave,
                 Los Alamitos, CA 90720-2549
517559704      +Howell Family Dental, PA,    4538 Route 9 S & New Friendship Road,    Howell, NJ 07731-3771
517559705      +Howell Township Tax Collector,    PO Box 580,    Howell, NJ 07731-0580
517559711      +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517559712       Kohl’s,   c/o Capital One,    P.O. Box 85105,    Boston, MA 02205
517559714       M&M Auto,    522--526 Park Ave,    Plainfield, NJ 07060
517559716      +Michael and Jennifer Pollard,    36 Winchester Dr.,    Freehold, NJ 07728-2759
517559715      +Michael and Jennifer Pollard,    c/o Mark S. Shane, Esq.,    Shane and White, LLC,    1676 Rte. 27,
                 Edison, NJ 08817-3595
517559718      +Nuvell Credit Company,    c/o Northstar Location Service, LLC,    Attn: Financial Services Dept.,
                 4285 Genesee street,    Cheektowaga, NY 14225-1943
517559722      +Real Time Solutions,    PO Bx 1259,    Oaks, PA 19456-1259
517559723      +Riverview Medical Center,    c/o Marvel & Maloney,    3455 Route 66 & Green Grove Rd,
                 P.O. Box 727,   Neptune, NJ 07754-0727
517559725      +Shell,   P.O. Box 6406,    Sioux Falls, SD 57117-6406
517559726      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517559727      +The Home Depot,    c/o fPortfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
517559730       The Villas At Tree Tops,    2157 River Rd,    East Stroudsburg, PA 18302
517559729      +The Villas At Tree Tops,    c/o Blackwell Recovery,    4150 N. Drinkwater Blvd S,
                 Scottsdale, AZ 85251-3611
517559731      +Tidal Emergency Physicians,    c/o Commonwealth Financial Systems,    245 Main St,
                 Dickson City, PA 18519-1641
517559732       Tidal Emergency Physicians,    1945 CORLIES AVE,    Neptune, NJ 07753-4859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2018 23:37:33      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2018 23:37:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517559676       E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2018 23:36:31      Ally Financial,
                 Payment Processing Center,    PO Box 78369,    Phoenix, AZ 85062-8369
517559678      +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2018 23:36:31      Ally Financial Inc. f/k/a GMAC,
                 PO Box 380901,   Bloomington, MN 55438-0901
517559687       E-mail/Text: bankruptcyletters@hackensackmeridian.org Jul 25 2018 23:38:06
                 Bayshore Community Hospital,    PO Box 95000-1635,    Philadelphia, PA 19195-1635
517559689      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2018 23:43:00
                 Citibank, assignee for Shell,    c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jul 25, 2018
                              Form ID: pdf905          Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517559696      +E-mail/Text: bankruptcynotice@franklincredit.com Jul 25 2018 23:36:56
                 Deutsche Bank National Trust Co.,    c/o RAS Citron, LLC,    130 Clinton Rd.,   Ste. 202,
                 Fairfield, NJ 07004-2927
517559698       E-mail/Text: bankruptcy.bnc@ditech.com Jul 25 2018 23:37:02       Ditech,   PO Box 94710,
                 Palatine, IL 60094-4710
517559700      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 25 2018 23:37:47       First Premier Bank,
                 c/o Jefferson Capital Systems, LLC,    16 McLeland Road,    Saint Cloud, MN 56303-2198
517559706      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2018 23:43:00
                 Hsbc Bank Nevada N.A.,    c/o Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
517559708       E-mail/Text: cio.bncmail@irs.gov Jul 25 2018 23:36:47       Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,    P.O. Box 724,   Springfield, NJ 07081
517559709       E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 23:42:59       JC Penney,    PO Box 981403,
                 El Paso, TX 79998-1403
517559710      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 23:42:01       JC Penneys,    c/o Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517559713      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 25 2018 23:36:37       Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517559717      +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2018 23:36:31       Nevell Credit Company,
                 P.O. box 380901,   Minneapolis, MN 55438-0901
517559719      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 23:42:58       Old Navy,    c/o Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517559720      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 23:42:28       Old Navy,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
517559721      +E-mail/Text: bkdepartment@rtresolutions.com Jul 25 2018 23:37:45       Real Time Resolutions,
                 Attn: Bankruptcy,   Po Box 36655,    Dallas, TX 75235-1655
517559724      +E-mail/Text: RMCbankruptcy@hackensackmeridian.org Jul 25 2018 23:38:12
                 Riverview Medical Center,    PO Box 397,    Neptune, NJ 07754-0397
517564270      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2018 23:42:01       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517559733      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2018 23:37:10       Victoria Secret,
                 c/o Comenity Bank,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517559734      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2018 23:37:10       Victoria's Secret,
                 P.O. Box 659728,   San Antonio, TX 78265-9728
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517559697    ##+Deutsche Bank National Trust Co.,    888 Walnut St.,    Pasadena, CA 91101-1895
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF
               FINANCIAL ASSET SECURITIES CORP., SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES,
               SERIES 2007-WMC1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin             Page 3 of 3         Date Rcvd: Jul 25, 2018
                              Form ID: pdf905         Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William H. Oliver, Jr.    on behalf of Debtor Gary Michael Repack, Jr. bkwoliver@aol.com, R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Melissa  Repack bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                                                    TOTAL: 6