Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–20839–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary Michael Repack Jr.
aka R&D Professional Lawncare Inc
12 Glacier Dr.
Howell, NJ 07731

Melissa Repack
12 Glacier Dr.
Howell, NJ 07731

Social Security No.:
xxx–xx–6628                                                  xxx–xx–8541

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 27, 2018

Michael B. Kaplan
Judge, United States Bankruptcy Court